UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KERRY FOUNTAIN                                                                                     PLAINTIFF

V.                                                                         CIVIL ACTION NO. 1:06cv608-LTS-RHW

NATIONWIDE INSURANCE COMPANY,                                               DEFENDANTS
CAINE AND ASSOCIATES ENGINEERS AND
CONSTRUCTORS, INC., NATIONWIDE INSURANCE
COMPANY AFFILIATE, NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY, AND JOHN DOES A-Z

## ORDER

This Court entered an [45] Order for Mediation on January 10, 2007.  Due to an unavoidable conflict, Plaintiff's counsel is unable to be present.  Because the mediation is scheduled to take place at the end of the Court's current mediation round, it is appropriate that the [45] order should be rescinded, and this matter should be placed on the next scheduled round.

Accordingly, **IT IS ORDERED**:

The [45] Order for Mediation is hereby **RESCINDED**;

This matter shall be rescheduled on the Court's next mediation calendar.

**SO ORDERED** this the 22nd day of March, 2007.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge